## WILLIAMS v. WILLIAMS

No. 528P89

Case below: 96 N.C. App. 276

Petition by plaintiff for writ of supersedeas and temporary stay denied 7 December 1989. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## WILLIS v. PAPPAS TELECASTING OF THE CAROLINAS

No. 285P89

Case below: 94 N.C. App. 226

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## WILSON v. McLEOD OIL CO.

No. 506A89

Case below: 95 N.C. App. 479

Petition by plaintiffs and intervenor plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 7 December 1989. Petitions by defendants Estate of Riggan, McLeod Oil Co., Loren A. Tompkins and Adrian Simmons for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 7 December 1989.

## PETITION TO REHEAR

## FINCH v. CITY OF DURHAM

No. 85PA89

Case below: 325 N.C. 352

Petition by plaintiffs to rehear denied 7 December 1989.